IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY T. WILLIAMS, JR.,

    Petitioner,                      No. CIV S-05-1313 LKK DAD P

    vs.

STUART RYAN, et al.,

    Respondents.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 16, 2006, the court granted petitioner's motion for a stay and abeyance and ordered petitioner to file status reports every second month beginning September 1, 2006. Petitioner filed a status report on August 31, 2006, but has failed to file his November status report. However, in the status report submitted on August 31, petitioner indicates that his habeas petition before the California Supreme Court was denied on April 19, 2006 and that he would be filing a motion to lift the stay within thirty days.[1] The court will order

/////

---

[1] Petitioner also states that his petition for a writ which was pending before the Superior Court was denied on August 10, 2006. It is unclear whether all of petitioner's claims have been exhausted. In this regard, petitioner is cautioned that a claim which is presented only to the Superior Court, but not to the California Supreme Court, remains unexhausted.

petitioner to either file his motion to lift the stay or file a status report explaining the status of proceedings in state court if he believes he is still exhausting state court remedies.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Within thirty days from the date of this order, petitioner shall file his motion to lift the stay and his amended petition, or a status report if claims are still pending in state court;

   2. If petitioner files a status report, he must also continue to file status reports on the first court day of every second month pursuant to the court's August 16, 2006 order.  The next status report will be due on March 1, 2007; and

   3. Should petitioner fail to comply with this order, the court will recommend that the stay be lifted and that this action proceed with petitioner's petition, filed on June 29, 2005.

DATED: November 30, 2006.

                       _____
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE

DAD:4
will1313.ord