IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY T. WILLIAMS, JR.,** | CIV-S-05-1313 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **STUART RYAN, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty (30) day enlargement of time to and including April 27, 2007, to file Respondent's answer to petition for writ of habeas corpus, is hereby GRANTED.

DATED: March 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will1313.Reot