IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY T. WILLIAMS, JR.,

    Petitioner,   No. CIV S-05-1313 LKK DAD P

    vs.

STUART RYAN, et al.,

    Respondents.   <u>ORDER</u>
_____/

    Respondents have requested an extension of time until April 4, 2008, to file objections to the findings and recommendations filed on February 14, 2008. The court will grant a limited extension of time. Accordingly, IT IS HEREBY ORDERED that:

    1. Respondents' March 4, 2008 request for an extension of time is granted in part; and

    2. Respondents shall file their objections to the February 14, 2008 findings and recommendations on or before March 24, 2008. Petitioner is not required to file a reply.

DATED: March 6, 2008.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will1313.111obj