IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY T. WILLIAMS, JR.,

    Petitioner,                   No. CIV S-05-1313 LKK DAD P

    vs.

STUART RYAN, et al.,

    Respondents.               ORDER

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On March 6, 2008, the court granted respondents additional time and ordered respondents to file their objections on or before March 24, 2008. Respondents subsequently filed timely objections to the findings and recommendations and requested sixty days to file their answer.

/////

/////

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 14, 2008, are adopted in full;

2. Respondents' motion to dismiss, filed on May 30, 2007, is denied; and

3. Within sixty days from the service of this order, respondents shall file their answer.

DATED:  March 28, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT