1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

DANNY T. WILLIAMS, JR.,

10

   Petitioner,       No. CIV S-05-1313-LKK-DAD P

11

  vs.

12

STUART J. RYAN, et al.,

13

   Respondents.      ORDER

14

_____/

15

     Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

16

corpus pursuant to 28 U.S.C. § 2254.  On June 12, 2008, petitioner filed a document styled,

17

"Amended Complaint" in which he requests the appointment of counsel.  There currently exists

18

no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105

19

F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of

20

counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R.

21

Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice

22

would be served by the appointment of counsel at this time.  The court will grant petitioner an

23

extension of time to file his traverse to respondents' answer which was filed on May 30, 2008.

24

     Accordingly, IT IS HEREBY ORDERED that:

25

     1.  Petitioner's June 12, 2008 request for appointment of counsel (Doc. No. 39) is

26

denied; and

1          2.  Within thirty days from the service of this order, petitioner shall file his

2    traverse, if any, to respondents' answer.

3    DATED: September 8, 2008.

4

5                                                                    _____

6                                                                    DALE A. DROZD
                                                                     UNITED STATES MAGISTRATE JUDGE
7    DAD:cm/4
     will1313.110
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                    2